UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| ANTONIO GARCIA DIAZ, individually and on behalf of others similarly situated,<br><br>      Plaintiff,<br><br>-v-<br><br>HOME THREAD INC. and MUHAMMAD U ANDHA,<br><br>      Defendants. | CIVIL ACTION NO.: 23 Civ. 4190 (PAE) (SLC)<br><br>**ORDER TO INITIATE DEFAULT PROCEEDINGS** |

**SARAH L. CAVE,** United States Magistrate Judge:

  The Complaint in this action was served on Defendants Home Thread Inc. ("Home Thread") and Muhammad U. Andha ("Mr. Andha") on May 23, 2023 and June 8, 2023, respectively, with Home Thread's answer due by June 13, 2023 and Mr. Andha's answer due by June 29, 2023. (ECF Nos. 9; 10). No answers having been filed on the docket, Plaintiff is hereby ORDERED to request Certificates of Default from the Clerk of Court by **July 14, 2023** and to file a Motion for Default Judgment in accordance with the Individual Practices of the Honorable Paul A. Engelmayer, Rule 55 of the Federal Rules of Civil Procedure, and S.D.N.Y. Local Rule 55 by no later than **July 28, 2023**.

Dated:  New York, New York
     July 7, 2023

                   SO ORDERED.

                   _____
                   **SARAH L. CAVE**
                   **United States Magistrate Judge**