UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| ANTONIO GARCIA DIAZ, individually and on behalf of others similarly situated,<br><br>                  Plaintiff,<br><br>-v-<br><br>HOME THREAD INC. and MUHAMMAD U ANDHA,<br><br>                  Defendants. | CIVIL ACTION NO.: 23 Civ. 4190 (PAE) (SLC)<br><br>**ORDER** |

**SARAH L. CAVE,** United States Magistrate Judge:

In light of Plaintiff's representation that the parties have reached a settlement in principle (ECF No. 12), the Court orders as follows:

1. The Court's Order at ECF No. 11 is VACATED.

2. By **July 18, 2023**, counsel for Defendants shall file a notice of appearance.

3. By **August 10, 2023**, the parties shall file for the attention of the Honorable Paul A. Engelmayer their motion for settlement approval pursuant to Cheeks v. Freeport Pancake House, Inc., 796 F.3d 199, 206 (2d Cir. 2015).

Plaintiff shall promptly serve a copy of this Order on Defendants.

Dated:    New York, New York
            July 11, 2023

                                            SO ORDERED.

                                            _____
                                            **SARAH L. CAVE**
                                            **United States Magistrate Judge**