UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------X

ANTONIO GARCIA DIAZ, *individually and on behalf of others similarly situated*,

                      *Plaintiff*,

    -against-

HOME THREAD, INC. (D/B/A MAX DEALS), and MUHAMMAD U. ANDHA,

                      *Defendants*.

-----------------------------------------------------------------X

Civil Action No. **1:23-cv-04190**

**PLAINTIFF'S NOTICE OF ACCEPTANCE OF OFFER OF JUDGMENT**

To:   Muhamma U. Andha
      4290 Broadway
      New York, NY 10033

PLEASE TAKE NOTICE that Plaintiff ANTONIO GARCIA DIAZ hereby accepts the offer of judgment made by Defendants HOME THREAD, INC. (D/B/A MAX DEALS), and MUHAMMAD U. ANDHA pursuant to Rule 68 of the Federal Rules of Civil Procedure, dated August 3, 2023.

Dated: New York, New York
         August 7, 2023

                                      /s/ Jarret Bodo
                                      Jarret Bodo
                                      CSM LEGAL, P.C.
                                      60 East 42nd Street, Suite 4510
                                      New York, NY 10165
                                      (212) 317-1200
                                      *Attorneys for Plaintiff*