UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
----------------------------------------------------------------X

| | |
|---|---|
| ANTONIO GARCIA DIAZ, *individually and on behalf of others similarly situated,* | Civil Action No. **1:23-cv-04190** |
| *Plaintiff,* | |
| -against- | |
| HOME THREAD, INC. (D/B/A MAX DEALS), and MUHAMMAD U. ANDHA, | **[Proposed Form Of] JUDGMENT** |
| *Defendants.* | |

----------------------------------------------------------------X

## JUDGMENT

On August 7, 2023 Plaintiff filed a notice of acceptance of offer of judgment pursuant to Rule 68 of the Federal Rules of Civil Procedure;

NOW, it is hereby ORDERED, ADJUDGED AND DECREED as follows:

That the Plaintiff, ANTONIO GARCIA DIAZ, have judgment against HOME THREAD, INC. (D/B/A MAX DEALS), and MUHAMMAD U. ANDHA, jointly and severally, in the amount of Two Thousand Five Hundred Dollars and Zero Cents ($2,500.00), which is inclusive of attorneys' fees and costs.

Dated: _____, 2023

                                                                                                  _____
PAUL A. ENGELMAYER
UNITED STATES DISTRICT JUDGE