UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------X

ANTONIO GARCIA DIAZ, *individually and on behalf of others similarly situated*,

Civil Action No. **1:23-cv-04190**

Plaintiff,

-against-

HOME THREAD, INC. (D/B/A MAX DEALS), and
MUHAMMAD U. ANDHA,

[~~Proposed Form Of~~]
**JUDGMENT**

*Defendants.*

-----------------------------------------------------------------X

## JUDGMENT

On August 7, 2023 Plaintiff filed a notice of acceptance of offer of judgment pursuant to Rule 68 of the Federal Rules of Civil Procedure;

NOW, it is hereby ORDERED, ADJUDGED AND DECREED as follows:

That the Plaintiff, ANTONIO GARCIA DIAZ, have judgment against HOME THREAD, INC. (D/B/A MAX DEALS), and MUHAMMAD U. ANDHA, jointly and severally, in the amount of Two Thousand Five Hundred Dollars and Zero Cents ($2,500.00), which is inclusive of attorneys' fees and costs.

Dated: 8/8, 2023

*Paul A. Engelmayer*
PAUL A. ENGELMAYER
UNITED STATES DISTRICT JUDGE